**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

FILED
2012 AUG -9 PM 3:39
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA FOR THE USE OF POSTEL INDUSTRIES, INC. Plaintiff, | § | |
| VS. | § | C. A. NO. 6:12cv1228-ORL37KRS |
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA AND FEDERAL INSURANCE COMPANY, Defendants. | § | |

**PLAINTIFF'S ORIGINAL COMPLAINT**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW THE UNITED STATES OF AMERICA FOR THE USE OF POSTEL INDUSTRIES, INC. ("Plaintiff" or "Postel") files this its Plaintiff's Original Complaint complaining of Defendants, TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA ("Travelers") and FEDERAL INSURANCE COMPANY ("Federal Insurance") (collectively "Defendants"), in the above entitled and numbered and for cause of action would respectfully show the Court as follows:

**I.**
**PARTIES**

1. Plaintiff, THE UNITED STATES OF AMERICA FOR THE USE OF POSTEL INDUSTRIES, INC., which is a corporation organized under the laws of the State of Texas.

2. Defendant, TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, is a Connecticut corporation registered to conduct business in the State of Florida. Service may be obtained by serving Defendant, TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA'S Registered Agent, Chief Financial Officer, at 200 E. Gains Street, Tallahassee, Florida 32399.

3. Defendant, FEDERAL INSURANCE COMPANY, is an Indiana corporation registered to conduct business in the State of Florida. Service may be obtained by serving Defendant, FEDERAL INSURANCE COMPANY'S Registered Agent, Chief Financial Officer, at 200 E. Gains Street, Tallahassee, Florida 32399.

## II.
## JURISDICTION AND VENUE

4. This Court has jurisdiction over the lawsuit pursuant to 28 U.S.C. §§ 1331, 1332 and the Miller Act, 40 U.S.C. § 3131, *et. seq.*

5. Venue is proper in this district pursuant to 40 U.S.C. § 3133(b)(3)(B) because a substantial part of the events or omissions giving rise to the claim occurred in this district.

## III.
## FACTUAL BACKGROUND

6. The United States Department of Veteran Affairs ("VA") contracted with Brasfield & Gorrie, L.L.C. ("Brasfield") to serve as the general contractor to construct a new veterans facility commonly known as Hospital, Clinic and Atrium, Package 4 VA Medical Center, 13800 Veterans Way, Orlando, Florida 32827 ("Project").

7. Brasfield contracted with the Defendants, Travelers and Federal National to furnish a payment bond ("Bond") for the benefit of Postel related to the Project.

8. Brasfield contracted with Postel Industries, Inc., a Texas corporation ("PII") to furnish fabricated steel and labor to erect the steel for the Project.

9. As such, Postel is a subcontractor to Brasfield who is in contractual privity with Brasfield, the general contractor and Bond principal.

10. On September 2, 2011, Postel submitted its amended bond claim to the Defendants (see a true and correct copy of the amended bond claim, attached hereto as Exhibit "A," and

incorporated herein by reference) which was within ninety (90) days of the last day Postel provided labor to the Project.

11. Defendants have refused and continue to refuse to pay the Plaintiff's amended bond claim.

12. Postel has commenced this suit within one (1) year of the last day Postel performed labor for the Project.

## IV.
## CAUSES OF ACTION

### *a. Bond Claim*

13. The factual allegations set forth above are incorporated herein for all purposes as if fully set forth at length.

14. Pursuant to 40 U.S.C. §3133 Postel is entitled to payment from the Defendants without offset.

15. As a direct result of the foregoing, Postel has incurred damages in the amount of FOUR MILLION EIGHT HUNDRED SEVENTY FIVE THOUSAND SEVEN HUNDRED SEVENTY FIVE AND 49/100 DOLLARS ($4,875,755.49), exclusive of interest, attorney's fees and costs.

### *b. Attorney's Fees*

16. Postel retained the services of an attorney to prosecute its claim. Recovery of reasonable and necessary attorney's fees are allowable against Defendants for failing to promptly pay an amended bond claim under the Miller Act. It is estimated that reasonable and necessary attorney's fees through trial and collection of judgment shall be at least the sum of ONE HUNDRED FIFTY THOUSAND AND NO/100 DOLLARS ($150,000.00); for prosecuting and/or defending an appeal to the Court of Appeals shall be at least the sum of FIFTY THOUSAND AND NO/100 DOLLARS ($50,000.00); and for prosecuting and/or

defending an appeal to the United States Supreme Court shall be at least in the sum of TWENTY FIVE THOUSAND AND NO/100 DOLLARS ($25,000.00).

## V. CONDITIONS PRECEDENT

17. Postel specifically pleads that all conditions precedent have occurred or have been performed in order for Postel to maintain this lawsuit.

## VI. PRAYER

WHEREFORE, Plaintiff, THE UNITED STATES OF AMERICA FOR THE USE OF POSTEL INDUSTRIES, INC., respectfully urges this Court to cite TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA and FEDERAL INSURANCE COMPANY to appear and answer herein, and upon a final trial, the Court grant judgment of and against the Defendants, as follows:

(a) Actual damages for bond claim in the amount of FOUR MILLION EIGHT HUNDRED SEVENTY FIVE THOUSAND SEVEN HUNDRED SEVENTY FIVE AND 49/100 DOLLARS ($4,875,755.49), jointly and severally;

(b) Attorneys' fees incurred by Plaintiff in this lawsuit in the amount of ONE HUNDRED FIFTY THOUSAND AND NO/100 DOLLARS ($150,000.00), FIFTY THOUSAND AND NO/100 DOLLARS ($50,000.00) for an appeal to the Court of Appeals and TWENTY FIVE THOUSAND AND NO/100 DOLLARS ($25,000.00) for an appeal to the United States Supreme Court shared equally among the Defendants;

(c) Pre-judgment and post-judgment interest;

(d) Costs of Court; and

(e) For such other and further relief, both general and special, at law or in equity, to which Postel may show itself to be justly entitled.

Respectfully submitted,

**CLAYTON D. SIMMONS**
**ATTORNEY-IN-CHARGE**
Florida State Bar ID No. 319325
Bryant Miller Olive
135 West Central Boulevard, Suite 700
Orlando, Florida 32801-2437
Phone: (407) 426-7001
Fax: (407) 426-7262
**ATTORNEYS FOR PLAINTIFF,**
**POSTEL ERECTION GROUP, L.L.C.**

**OF COUNSEL:**

**Bryant Miller Olive**
135 West Central Boulevard, Suite 700
Orlando, Florida 32801-2437
Phone: (407) 426-7001
Fax: (407) 426-7262

STEVE M. WILLIARD
Texas State Bar No. 00788684
The Williard Law Firm, L.P.
1920 N. Memorial Way, Suite 207
Houston, Texas 77007
Phone: (713) 529-6300
Fax: (713) 529-6315

Dated August 9, 2012

F:\Files\Postel\Travelers Casualty Bond Claim Lit\01 Plaintiff's Original Complaint.wpd